

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Cesario Urias, Cesario V. Urias, Joel Urias and Sonia Urias, | § | No. 08-21-00063-CV |
| | § | Appeal from the |
| Appellants, | § | 143rd District Court |
| v. | § | of Reeves County, Texas |
| Owl Springs North, LLC, Owl Springs Holdings, LLC, and Barbara Prewit, | § | (TC# 19-11-23264-CVR) |
| Appellees. | § | |
| | § | |

**O R D E R**

The Court GRANTS the Appellants' fourth motion for extension of time within which to file the brief until **December 31, 2021**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANTS' BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Eduardo N. Lerma, the Appellants' attorney, prepare the Appellants' brief and forward the same to this Court on or before December 31, 2021.

IT IS SO ORDERED this 8th day of December, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.